IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUWA DZEESHAUGH EVANS-SALTER,** : | CIVIL ACTION NO. 3:19-CV-950 |
| : | |
| : | (Judge Conner) |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **JOHN WETZEL**, *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 30th day of September, 2020, upon consideration of the complaint, the motion to dismiss of the defendants, and plaintiff's failure to respond thereto, it is hereby ORDERED that:

1. The motion to dismiss (Doc. 16) is GRANTED.

2. The complaint (Doc. 1) is DISMISSED without prejudice.

3. Plaintiff is granted 30 days from the date of this order to file an amended complaint to cure the deficiencies identified in the court's memorandum opinion. Any amended pleading filed pursuant to this paragraph shall be filed to the same docket number as the instant action, shall be entitled "First Amended Complaint," and shall be complete in all respects. It shall be a new pleading that stands by itself as an adequate complaint under the Federal Rules of Civil Procedure, without reference to the complaint (Doc. 1) hereinabove dismissed. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania